DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRADLEY SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADLEY SMITH, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:07-CR-0194 LJO <br><br> STIPULATION TO CONTINUE MOTIONS SCHEDULE AND ORDER THEREON <br><br> Date: November 9, 2007 <br> Time: 9:00 a.m. <br> Judge: Honorable Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and responses thereto are continued as follows: Defendant's motions are to be filed on or before October 19, 2007, the government's responses, if any, are due on or before November 2, 2007. The hearing on the motions currently scheduled for October 12, 2007, at 8:45 a.m., is continued to **November 9, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time for defense preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance

would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: September 24, 2007 | By:  /s/  David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 24, 2007 | By:  /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Bradley Smith |

## ORDER

Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   September 24, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE