IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-07-00194 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRADLEY SMITH, ) | |
| ) | |
| ) | |
| Defendant. ____) | |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the matter three weeks.  Good cause having been shown, the next status conference will be held on March 28, 2008, at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   March 6, 2008**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1