1

2

3   DANIEL J. BRODERICK, Bar #89424
Federal Defender
4   MARC C. AMENT, Bar #59080
Assistant Federal Defender
5   Designated Counsel for Service
2300 Tulare Street, Suite 330
6   Fresno, California  93721-2226
Telephone: (559) 487-5561
7
Attorney for Defendant
8   Bradley Smith

9

10                      IN THE UNITED STATES DISTRICT COURT

11                     FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   UNITED STATES OF AMERICA,              )   No. 01:07-cr-0194 LJO
                                            )
14                      *Plaintiff,*        )   DEFENDANT'S MOTION TO ENLARGE TIME
                                            )   IN WHICH TO FILE MOTION FOR
15                                          )   JUDGMENT OF ACQUITTAL (RULE 29), AND
         v.                                 )   ORDER THEREON
16                                          )
     BRADLEY SMITH,                         )
17                                          )   Judge: Hon. Lawrence J. O'Neill
                        *Defendant.*        )
18                                          )
                                            )
19   _____ )

20

21                                  **Motion**

22          Pursuant to Rule 45(b) of the Rules of Criminal Procedure, the defendant hereby moves the court

23   for an order enlarging the time in which to file a motion to renew his motion for judgment of acquittal,

24   pursuant to Rule 29(c), to June 17, 2008.  Government's response would be due July 11, 2008.

25           Beginning May 12, 2008, a jury trial was conducted in the instant matter, and on May 19, 2008,

26   the jury rendered its verdicts.  Sentencing has been scheduled for July 25, 2008.

27          The defendant wishes to renew his Rule 29 motion; he is in the process of arranging for a partial

28   transcript to assist in the drafting of the motion.

1   Defense counsel contacted Assistant U.S. Attorney David Gappa.  Mr. Gappa stated that he has no

2   objection to the requested enlargement.

3   Dated: May 23, 2008.

4                                               DANIEL J. BRODERICK
                                                Federal Defender

5

6                                               /s/   Marc C. Ament
                                                MARC C. AMENT

7                                               Assistant Federal Defender
                                                Attorney for Defendant Bradley Smith

8

9

10

11

12

13                                              **Order**

14

15   GOOD CAUSE APPEARING, it is hereby ordered that the time in which the defendant may file a

16   renewed motion for judgment of acquittal, under Rule 29 of the Federal Rules of Criminal Procedure, is

17   enlarged to June 17, 2008.  Government's response due July 11, 2008.

18   IT IS SO ORDERED.

19   **Dated:   May 27, 2008**                  /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Def's Mtn to Enlarge Time to File Rule 29 Mtn          2