**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                                   **RE:   BRADLEY SMITH
Docket Number:   1:07CR00194-LJO
CONTINUANCE OF JUDGMENT
AND SENTENCE**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 25, 2008 to August 22, 2008 at 9:00a.m.

**REASON FOR CONTINUANCE:**

The defendant was found guilty at trial and certain transcripts from the trial are needed for the completion of the presentence report.

                              Respectfully submitted,

                       **/S/ Jack C. Roberson**
                         **Jack C. Roberson
United States Probation Officer**

**REVIEWED BY:**      **/S/ Rick Louviere**
                           **Rick Louviere
Supervising United States Probation Officer**

Dated:      July 1, 2008
              Fresno, California

Rev. 05/2006
CONTINUANCE ~ TO JUDGE.MRG

**RE:   Bradley Smith**
**Docket Number:    1:07CR00194-LJO**
**<u>CONTINUANCE OF JUDGMENT AND SENTENCE</u>**


cc:    Irma Lira, Docket Clerk

David L. Gappa
Assistant United States Attorney

Marc C. Ament
Defense Counsel

United States Marshal

Probation Office Calendar Clerk


  X   **Approved**               Lawrence J. O'Neill (s)

IT IS SO ORDERED.

**Dated:    July 1, 2008**                  **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

Rev. 05/2006
CONTINUANCE ~ TO JUDGE.MRG