McGREGOR W. SCOTT
United States Attorney
DAVID GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

C. DOUGLAS KERN
KAREN RUCKERT
Trial Attorneys
Department of Justice, Civil Rights Division
Criminal Section
601 D Street NW
Washington, DC 20004
Telephone: (202) 514-3204

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRADLEY SMITH,<br><br>　　　　　Defendant. | CR-F-07-00194 LJO<br><br>STIPULATION TO RESET BRIEFING SCHEDULE<br><br>DATE: August 22, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Four<br>HON: Lawrence J. O'Neill |

STIPULATION

　　　The parties agree that the government response to the defendant's motion for new trial / judgement of acquittal, currently due July 11, 2008, instead be due August 1, 2008.  The additional time is needed to obtain and review transcripts from the trial. The parties agree that the defendant's optional reply

1

will be due August 8, 2008. Previously the Court granted a request from the Probation Office to reset the sentencing date. The parties propose that the defense motion be heard, if the Court believes argument is necessary, on the same date as the sentencing, August 22, 2008.

Dated:    July 8, 2008              Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ David L. Gappa
By: DAVID L. GAPPA
Assistant U.S. Attorney

/s/ Marc Ament
Marc Ament
Counsel for Bradley Smith

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-07-00194 LJO |
| Plaintiff, | ) |
| v. | ) |
| BRADLEY SMITH, | ) |
| Defendant. | ) |

ORDER

The court has reviewed and considered the stipulation of the parties to reset the briefing schedule for the defendant's motion for new trial / judgement of acquittal.  Good cause having been shown, the government's response is now due August 1, 2008.  The defendant's optional reply is due August 8, 2008.  Any hearing on the motion will be on August 22, 2008.

IT IS SO ORDERED.

**Dated:   July 8, 2008**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

3