



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:07CR00194-001 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| BRADLEY SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The above named defendant having been sentenced on October 6, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, October 7, 2014 at 10:00am, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: October 6, 2014                  _____
                                        HONORABLE LAWRENCE J. O'NEILL
                                        UNITED STATES DISTRICT JUDGE

1